# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **MARY YOLANDA TRIGIANI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 1:21CV00001 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **NEW PEOPLES BANK, INC.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

A Motion for Summary Judgment having been granted, it is **ADJUDGED AND ORDERED** that final judgment on the merits is entered in favor of the defendant New Peoples Bank, Inc.

The Clerk shall close the case.

ENTER: April 20, 2022

/s/ JAMES P. JONES
Senior United States District Judge