IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

**MARY YOLANDA TRIGIANI,**

    Plaintiff,

v.                                         Case No.: 1:21CV00001

**NEW PEOPLES BANK, INC.,**

    Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Mary Yolanda Trigiani, by counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of the United States District Court for the Western District, Roanoke Division, entered in this matter on the 20th day of April, 2022.

                            Respectfully submitted,

                            MARY YOLANDA TRIGIANI

                            */s/ Thomas E. Strelka*
                            Thomas E. Strelka, Esq. (VSB # 75488)
                            L. Leigh R. Strelka, Esq. (VSB # 73355)
                            N. Winston West, IV, Esq. (VSB # 92598)
                            STRELKA EMPLOYMENT LAW
                            Warehouse Row
                            119 Norfolk Avenue, S.W., Suite 330
                            Roanoke, VA  24011
                            Tel:  540-283-0802
                            thomas@strelkalaw.com
                            leigh@strelkalaw.com
                            winston@strelkalaw.com

                            *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on the <u>16th</u>  day  of  May  2022,  I  electronically  filed  this pleading on the Court's CM/ECF filing system which contemporaneously sent a Notice of Electronic Filing to all counsel of record.

               <u>/s/ Thomas E. Strelka</u>

2