FILED: May 17, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-1550
(1:21-cv-00001-JPJ-PMS)

_____

MARY YOLANDA TRIGIANI

      Plaintiff - Appellant

v.

NEW PEOPLES BANK, INC.

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Abingdon |
| Originating Case Number | 1:21-cv-00001-JPJ-PMS |
| Date notice of appeal filed in originating court: | 05/16/2022 |
| Appellant(s) | Mary Yolanda Trigiani |
| Appellate Case Number | 22-1550 |
| Case Manager | Taylor Barton<br>804-916-2702 |